UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL L. MARKS SR.,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| vs. | |
| **TAMMY FORD,** | CASE NO: 17-1058-STA-egb |
| Respondent. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Directing Clerk To Modify Respondent, Granting Motion To Dismiss, Denying Certificate of Appealability, and Denying Leave To Appeal In Forma Pauperis entered on August 23, 2018, this cause is hereby DISMISSED.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 8/23/2018

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk